DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**OLLA MOHAMED,**
Appellant,

v.

**IH4 PROPERTY FLORIDA LP** with **GP IH4 BORROWER GP LLC,**
Appellees.

No. 4D2023-2218

[May 2, 2024]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Stephanie F. Tew and Sara Alijewicz, Judges; L.T. Case No. 50-2023-CC-008314-XXXX-MB.

Olla Mohamed, West Palm Beach, pro se.

No brief filed on behalf of appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., CIKLIN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***